AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|

v.

**ALAN CORCORAN**

(For Offenses Committed On or After November 1, 1987)

Case Number: **6:15MJ0073-001**

Defendant's Attorney: Megan Hopkins

**THE DEFENDANT:**

[✔] pleaded guilty to count(s)  __One__  of the Complaint.

[ ] pleaded nolo contendere to count(s) ⎯ which was accepted by the court.

[ ] was found guilty on count(s) ⎯ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 2.35 (c) | Under the Influence of Alcohol | 08/26/2015 | One |

The defendant is sentenced as provided in pages 2 through  __2__  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ⎯ and is discharged as to such count(s).

[✔] Count (s)  __Two__  is dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.          [✔]          Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**8/26/2015**
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

8/26/2015
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT:**ALAN CORCORAN**                                                                                  Page 2 of 2
CASE NUMBER:**6:15MJ0073-001**

# PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>12 Months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1.    The Defendant is ordered to obey all federal, state, and local laws.

2.    The Defendant shall pay a fine of $ 490.0 and a special assessment of $ 10.00 for a total financial obligation of $ 500.00, which shall be paid at the rate of 50.00, per month commencing on the 15th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

      CLERK U.S.D.C.
      2500 Tulare Street, Rm 1501
      Fresno, CA 93721

3.    The Defendant shall complete 30 hours of Anger Management counseling and file proof with Court.

4.    A Probation Review Hearing is scheduled on July 19, 2016 at 10:00 am before U.S. Magistrate Judge Seng.

5.    The Defendant shall attend AA One time weekly for the first 90 days of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.

6.    Other: For the next 48 hours, the defendant shall not be alone with the vicitm.

7.    Other: Serve one day custody with credit for time served.